## 50358. PAUL et al. v. LEWIS.

BELL, Chief Judge.

In this appeal from the denial of defendants' motion for summary judgment, an examination of the pleadings and the evidence show that there are material questions of fact for resolution by a jury.

*Judgment affirmed. Webb and Marshall, JJ., concur.*

SUBMITTED MARCH 3, 1975 — DECIDED APRIL 24, 1975 — REHEARING DENIED MAY 7, 1975.

*Willis J. Richardson, Jr.,* for appellants.

*Downing, McAleer & Gaskin, James Edward McAleer,* for appellee.